UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:   8:01-cr-414-T-23TGW

JAVIER MELENDEZ
_____/

## **ORDER**

The United States filed a motion pursuant to Rule 35(b), Federal Rules of Criminal Procedure, to reduce the defendant's sentence by 34 months (Doc. 47).  The defendant filed a memorandum supporting the request for reduction of sentence and requested an additional 14-month reduction for a total reduction of 48 months (Doc. 49).

The United States' motion is **GRANTED** and the defendant's sentence is reduced to **87 months**, which is a reasonable sentence and which is sufficient, but not greater than necessary, to achieve the purposes specified in 18 U.S.C. § 3553(a).  The defendant's request for further reduction is **DENIED**.  All other terms and conditions of the defendant's sentence remain unchanged.

ORDERED in Tampa, Florida, on December 28, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE